IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-703-D

| | |
|---|---|
| JAMES GLENN, and wife <br> BRENDA GLENN, <br><br> Plaintiffs, <br><br> v. <br><br> FNF SERVICING, INC., et al., <br><br> Defendants. | ORDER |

On January 4, 2013, plaintiffs filed a motion for leave to amend their complaint [D.E. 25]. The motion [D.E. 25] is GRANTED. Plaintiffs shall file their amended complaint no later than February 19, 2013. Defendants may respond to the amended complaint in accordance with the Federal Rules of Civil Procedure. The pending motion to dismiss [D.E. 15] and motion for judgment on the pleadings [D.E. 18] are DISMISSED as moot.

SO ORDERED. This 9 day of February 2013.

JAMES C. DEVER III
Chief United States District Judge