UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES GLENN and wife,<br>BRENDA GLENN<br>　　　　　　　Plaintiffs,<br>vs.<br><br>FNF SERVICING, INC., d/b/a/ LoanCare Servicing Center, Inc., d/b/a/ LoanCare Account Servicing, d/b/a LoanCare Servicing Center, d/b/a LoanCare, GOVERNMENT NATIONAL MORTGAGE ASSOCIATION a/k/a Ginnie Mae, EAM SETTLEMENT SERVICES, INC., WORLDWIDE ABSTRACT SERVICES AGENCY, LLC, UNITED LENDER SERVICES CORP., UNITED LENDER SERVICES, LLC, EAM LAND SERVICES, INC.,<br>　　　　　　　Defendants | Case No. 5:12-cv-00703-D |

## ORDER

This matter is before the Court pursuant to a Motion to Dismiss filed by FNF Servicing, Inc. (hereinafter "Defendant") seeking to stay pretrial deadlines and discovery proceedings pending a resolution of the Motion to Dismiss to Amended Complaint filed by Defendant. For good cause shown, and in light of this Court's finding that a Stay of Pretrial Deadlines and Discovery proceedings will not prejudice Plaintiff, it is hereby,

**ORDERED** that all discovery in the above-captioned civil action shall be stayed until this Court enters an Order resolving the Motion to Dismiss to Amended Complaint filed by Defendant or until further Order of this Court. It is further

**ORDERED** that the Clerk is directed to send a copy of this Order to counsel of record for Plaintiffs and all Defendants.

SO ORDERED. This **29** day of March 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge