IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-00703-D

| | |
|---|---|
| JAMES GLENN AND WIFE, ) | |
| BRENDA GLENN, ) | |
| ) | |
| Plaintiffs, ) | ORDER TO STAY |
| v. ) | |
| ) | |
| FNF SERVICING, INC., et al., ) | |
| ) | |
| Defendants. ) | |

For good cause having been shown upon by the Defendant Government National Mortgage Association (Ginnie Mae or GNMA), with consent of counsel, to stay the Rule 26 meeting and all proceedings in this action, it is hereby

ORDERED that the Rule 26 meeting and all proceedings in this action are stayed until October 24, 2013.

SO ORDERED this 24 day of September 2013.

*(signature)*
JAMES C. DEVER III
Chief United States District Judge